UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 16-390-R-2 |
| Plaintiff, | FINDINGS IN SUPPORT OF DENIAL OF BAIL PURSUANT TO 18 U.S.C. § 3142 |
| v. | |
| DAVID GAITAN, | |
| Defendant. | |

On August 8, 2016, this Court granted the Government's Application for Bail Review or Reconsideration of Order Setting Conditions of Release.  Defendant appealed.  The Court of Appeals has now requested that this Court "explain the findings it made that support the denial of bail pursuant to 18 U.S.C. §3142."  The Court provides such findings below.

Based on the facts alleged in the indictment and the statements of the Government at the hearing for the Reconsideration of Order Setting Conditions of Release, this Court denied bail for the following reasons.  Defendant is alleged to be one of the leaders of the Canta Ranas gang.  He is alleged to be involved in gang activities including collecting taxes from gangs, purchasing and distributing narcotics, and purchasing firearms.  When the Defendant was arrested he was alleged to be in possession of three firearms and body armor.  These allegations indicate a high danger to the community should he be released.  The alleged possession of firearms and distribution of narcotics present a continuing danger to the community.

1       Of particular relevance to the denial of bail is the fact that many of these activities allegedly took place in the home which Defendant's family is now proffering in support of his bond. The fact that these activities allegedly took place in his home indicates to this Court that allowing the Defendant to remain under confinement in this home would not mitigate the danger to society. To allow Defendant to remain under custody in his home would allow for the continuation of the alleged criminal activities of which Defendant is accused. Furthermore, while this Court recognizes the support of family members in securing Defendant's bail, it is in his mother's house which is now offered to secure bond where a number of the alleged criminal activities took place. Thus, it appears to this Court that Defendant's ties to the community which would otherwise ensure Defendant's stability and safety to others may not satisfy those concerns.

      Finally, this Court was interested to receive further information regarding Defendant's employment prospects at the hearing for the Reconsideration of Order Setting Conditions of Release. Defendant had been employed for a significant period of time and attained a senior position. Continuation of this long-term employment may have indicated that the Defendant had a stabilizing tie to the community. However, neither the Government nor the Defendant was able to confirm that Defendant's employment could continue.

      These findings supported this Court's decision to deny bail pursuant to 18 U.S.C. § 3142.

Dated: September 28, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

CC: USCA 9TH Circuit